Claude T. Frazier, appellee, v. Continental Casualty Company, appellant. Gen. No. 35,718.

 Opinion filed June 28, 1932.

Abraham Lepine, for appellant. George T. Rutledge and John V. McCormick, for appellee.

Mr. Justice Gridley delivered the opinion of the court.